**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No. 10-cv-02911-WJM-MJW

LILA BOUCHET,

       Plaintiff,

v.

TCF BANK COLORADO,

       Defendant.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

This matter comes before the Court *sua sponte*. The parties filed a Joint Motion to Stay Pending Arbitration on February 7, 2011, (ECF No. 17). On February 18, 2011 an Order granting the parties' Joint Motion to Stay Pending Arbitration was entered (ECF No. 18). The Court having considered the effect of the Stay on these proceedings, and being otherwise fully advised, ORDERS as follows:

Pursuant to local rule D.C.COLO.LCivR 41.2 the Court hereby ORDERS that the above-captioned case be ADMINISTRATIVELY CLOSED. Plaintiff may seek to reopen this case, for good cause shown, at the conclusion of the Arbitration.

Dated this 7th day of April, 2011.

BY THE COURT:

_____
William J. Martínez
United States District Judge